AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

UNITED STATES OF AMERICA
V.
AGUILAR, Elizabeth, YOB: 1991, USC

**CRIMINAL COMPLAINT**

CASE NUMBER: M-19-2110-M

United States District Court
Southern District Of Texas
FILED
SEP 04 2019
David J. Bradley, Clerk

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 3, 2019** in **Hidalgo** county, in the **Southern** District of **Texas** defendant(s) did,

Knowingly and Intentionally possess with the Intent to Distribute approximately 92.72 kilograms of Marijuana, a Schedule I Controlled Substance.

Knowingly and Intentionally conspire to possess with the Intent to Distribute approximately 92.72 kilograms of Marijuana, a Schedule I Controlled Substance.

in violation of Title **21** United States Code, Section(s) **846, 841 (a) (1)**

I further state that I am a(n) **DEA Task Force Officer** and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of hereof:   X Yes   No

approved by AUSA A. Henning
9/4/19 - 8:18 am

Signature of Complainant
Cosme A. Muniz III, DEA Task Force Officer

Sworn to before me and subscribed in my presence,

September 4, 2019                                   At     McAllen, Texas
Date                                                       City and State

J. Scott Hacker, U.S. Magistrate Judge
Name & Title of Judicial Officer                           Signature of Judicial Officer

ATTACHMENT

On September 3, 2019, at approximately 4:27 PM, Palmview Police Department Dispatch received an anonymous call, via 9-1-1, where the caller stated he/she observed a vehicle being loaded with bundles of marijuana. The caller described the load vehicle as being a tan Ford Fusion (unknown license plates) and was being followed by two additional vehicles, which were described by the caller. The caller advised that the vehicle was traveling eastbound on Interstate 2 from Penitas, Texas, approaching Showers Road. Palmview Police Officers were dispatched to the area and located the load vehicle along with the other two vehicles that were following each other in tandem. Palmview Police Officers observed the load vehicle exit Interstate 2 at the Inspiration Road exit and travel eastbound on frontage road. The two scout vehicles separated from the load vehicle. The load vehicle turned southbound on Ala Blanca Avenue and traveled towards Business 83. Palmview Police Officers were able to observe the load vehicle Fail to Stop at a Designated Point at the intersection of Business 83 and Ala Blanca Avenue. The load vehicle turned left and traveled eastbound on Business 83. Palmview Police Officers conducted a traffic stop with their fully marked patrol units. The load vehicle immediately came to a complete stop. As Palmview Police Officers approached the vehicle, the driver, identified as Elizabeth AGUILAR, popped open the vehicle's trunk on her own. Palmview Police Officers observed bundles of marijuana inside the trunk of the vehicle. AGUILAR was then taken into custody. A total of 6 bundles of marijuana were located in the trunk area. An additional 4 bundles of marijuana were located on the rear seat of the vehicle. A total of 10 bundles of marijuana were recovered. AGUILAR, the vehicle and the bundles of marijuana were transported to the Palmview Police Department where the bundles were weighed and had an approximate weight of 92.72 kilograms.

DEA Task Force Officers arrived at the Palmview Police Department and read AGUILAR her Miranda Warnings in Spanish. AGUILAR waived her rights and agreed to speak to Task Force Officers. AGUILAR claimed she had knowledge of the Marijuana inside her vehicle and claimed she was going to be paid $20.00 for gasoline.